FILED '10 APR 06 16:59 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

HORACIO AVILA-CASAREZ,

        Plaintiff,

v.

LING GARDEN, INC., an
unincorporated Oregon company;
HSIEN CHENG, individually; and
SUMEI CHENG, individually,

        Defendants.

Civil No. 08-248-AA

## ORDER OF DISMISSAL

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice and with leave for good cause shown within one hundred eighty (180) days, to have the dismissal set aside and the action reinstated if the settlement is not consummated. Each party shall pay their own attorney's fees and costs. The court retains

jurisdiction over the settlement agreement.

Dated: April 5th, 2010.

_____
United States District Judge